MEMORANDUM OPINION




No. 04-03-00592-CR



Henry GALLON,


Appellant



v.



STATE of Texas,


Appellee



From the 144th Judicial District Court, Bexar County, Texas


Trial Court No. 2000-CI-3153


Honorable Mark Luitjen, Judge Presiding



PER CURIAM


Sitting: Paul W. Green, Justice

 Sarah B. Duncan, Justice

 Karen Angelini, Justice


Delivered and Filed: August 27, 2003


MOTION TO DISMISS GRANTED; DISMISSED

 This is an appeal of the trial court's finding that the results of DNA testing were
unfavorable to the appellant. See Tex. Code Crim. P. art. 64.05. Appellant has now filed
a motion to dismiss the appeal. The motion is granted. The appeal is dismissed. See Tex.
R. App. P. 42.2(a). Our mandate may be issued early upon proper motion. Tex. R. App. P.
18.1(c).

 PER CURIAM

Do Not Publish